## Certification of Documents

CHANNEL CONTROL MERCHANTS, LLC                                    Plaintiffs (s)

VS                                                               CAUSE NO.  CI14-0099

ET ENTERPRISES, LLC                                              Defendants
AND JOHN DOE 1-10

I, LOU ELLEN ADAMS, CERK OF THE CIRCUIT COURT OF FORREST COUNTY MISSISSIPPI, HEREBY
CERTIFY THAT THE FOLLOWING PAPERS ARE ALL COPIES OF THE ORIGINAL DOCUMENTS FILED
IN THE ABOVE STYLED CAUSE.

GIVEN UNDER MY HAND AND SEAL THIS THE 20TH DAY OF JUNE, 2014.

LOU ELLEN ADAMS, CIRCUIT CLERK
FORREST COUNTY, MISSISSIPPI

BY: _____ D.C.
FAYE JAMES   DC

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 20th day of June, 19 2014
By: _____ D.C.

FILED

JUN 0 4 2014

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

FORREST COUNTY CIRCUIT CLERK

CHANNEL CONTROL MERCHANTS, LLC                                    **PLAINTIFF**

V.                                                CIVIL ACTION NO. _CI14-0099_

ET ENTERPRISES, LLC
AND JOHN DOES 1-10                                               **DEFENDANT**

## **SUMMONS**

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:   ET ENTERPRISES DISTRIBUTORS, LLC
      c/o Mr. Eddie Tawil
      440 9th Avenue
      New York, New York 10001

### NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055,
Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg,
Mississippi 39401. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this Summons and Complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 23 day of May, 2014.

CIRCUIT CLERK,
FORREST COUNTY, MISSISSIPPI

BY: _Lou Ellen Adams_
    DEPUTY CLERK
    _Faye James_ D.C.

ATTORNEY FOR PLAINTIFF:

James K. Dukes (MSB# 6216)
Duke Dukes &Wood
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: jdukes@jdukeslaw.com

Seth M. Hunter (MSB# 101145)
Attorney and Counselor at Law, PLLC
Post Office Box 1111
Hattiesburg, Mississippi 39403
Telephone: (601) 450-8080
Facsimile: 1 (888) 761-5281
E-Mail: sethmhunter@gmail.com

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC           PLAINTIFF

V.             CIVIL ACTION NO. ___CI14-0099___

ET ENTERPRISES, LLC
AND JOHN DOES 1-10           DEFENDANT

## <u>PROOF OF SERVICE--SUMMONS</u>

Name of Person or Entity Served:

       ET ENTERPRISES DISTRIBUTORS, LLC
       c/o Mr. Eddie Tawil
       440 9th Avenue
       New York, New York 10001

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE. I personally delivered copies to _____.
on the _____ day of _____, 20____, at _____, where I found said person(s) in _____ County of the State of _____, at _____.

_____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the _____ day of _____, 20__, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

3

Fee for service: _____

Process server must list below:
Name_____
Address_____
Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.

_____
NOTARY PUBLIC

4

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                              **PLAINTIFF**

V.                                          CIVIL ACTION NO.: <u>CI-14-0099</u>

ET ENTERPRISES, LLC
AND JOHN DOES 1-10                                          **DEFENDANTS**

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

      ET ENTERPRISES DISTRIBUTORS, LLC
      c/o Mr. Eddie Tawil
      440 9th Avenue
      New York, New York 10001

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

__ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

__ PERSONAL SERVICE. I personally delivered copies to _____ on the ____ day of May, 2014, at _____, where I found said person(s) in _____ County of the State of Mississippi, at _____.

__ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, Mississippi. I served the summons and complaint on the ___day of May, 2014, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of May, 2014, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

__✓ **CERTIFIED MAIL SERVICE**: By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person and/or entity served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: _____

Process server must list below:
Name:      <u>Shanda Sanders</u>
Address:    <u>226 West Pine Street</u>
           <u>Hattiesburg, MS 39403</u>
Phone No.:  <u>(601) 544-4121</u>

STATE OF MISSISSIPPI
COUNTY OF ___Forrest___

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named <u>SHANDA SANDERS</u> who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

*Shanda Sanders*

<u>PROCESS SERVER</u>

SWORN TO AND SUBSCRIBED BEFORE ME this the __4th__ day of June, 2014.

NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
MARSHA T. BAHM
ID # 347
Commission Expires
April 10, 2016
FORREST COUNTY

4

NDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete
Item 4 If Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

r Enterprises Distributors,
LLC
> Mr. Eddie Tawil
40 9TH Avenue
ew York, New York
10001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  S. Noel
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

5/30/14

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 3090 0002 1132 5831

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

FILED

JUN 0 4 2014

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

FORREST COUNTY CIRCUIT CLERK

CHANNEL CONTROL MERCHANTS, LLC                                        **PLAINTIFF**

V.                                                     CIVIL ACTION NO. CI14-0099

ET ENTERPRISES, LLC
AND JOHN DOES 1-10                                                   **DEFENDANT**

## SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:   ET ENTERPRISES, LLC
      c/o Mr. Eddie Tawil
      440 9th Avenue
      New York, New York 10001

### NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055,
Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg,
Mississippi 39401. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this Summons and Complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 23 day of May, 2014.

CIRCUIT CLERK,
FORREST COUNTY, MISSISSIPPI

BY: Lou Ellen Adams
DEPUTY CLERK
Fay Gamer D.C.

ATTORNEY FOR PLAINTIFF:

James K. Dukes (MSB# 6216)
Duke Dukes &Wood
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: jdukes@jdukeslaw.com

Seth M. Hunter (MSB# 101145)
Attorney and Counselor at Law, PLLC
Post Office Box 1111
Hattiesburg, Mississippi 39403
Telephone: (601) 450-8080
Facsimile: 1 (888) 761-5281
E-Mail: sethmhunter@gmail.com

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                          **PLAINTIFF**

V.                                                   CIVIL ACTION NO. _CI14-0099_

ET ENTERPRISES, LLC
AND JOHN DOES 1-10                                                     **DEFENDANT**

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

      ET ENTERPRISES, LLC
      c/o Mr. Eddie Tawil
      440 9th Avenue
      New York, New York 10001

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

      _____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

      _____PERSONAL SERVICE. I personally delivered copies to _____
on the _____day of_____, 20____, at _____, where I found said person(s)
in _____ County of the State of _____, at
_____.

      _____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the _____day of _____, 20 __, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____ , 20____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.
      _____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

3

Fee for service: _____

Process server must list below:
Name_____
Address_____
Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

   Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.

_____
NOTARY PUBLIC

4

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                    **PLAINTIFF**

V.                                        CIVIL ACTION NO.: CI-14-0099

ET ENTERPRISES, LLC
AND JOHN DOES 1-10                                **DEFENDANTS**

## PROOF OF SERVICE—SUMMONS

Name of Person or Entity Served:

     ET ENTERPRISES, LLC
     c/o Mr. Eddie Tawil
     440 9th Avenue
     New York, New York 10001

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

__ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

__ PERSONAL SERVICE. I personally delivered copies to _____ on the ____ day of May, 2014, at _____, where I found said person(s) in _____ County of the State of Mississippi, at _____.

__ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, Mississippi. I served the summons and complaint on the ___day of May, 2014, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of May, 2014, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

__✓__ **CERTIFIED MAIL SERVICE**: By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person and/or entity served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: _____

Process server must list below:
Name:      Shanda Sanders
Address:    226 West Pine Street
          Hattiesburg, MS 39403
Phone No.:  (601) 544-4121

3

STATE OF MISSISSIPPI
COUNTY OF ~~Forrest~~

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named <u>SHANDA SANDERS</u> who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the 4th day of June, 2014.

_____
NOTARY PUBLIC

4

DER: COMPLETE THIS SECTION

omplete items 1, 2, and 3. Also complete
m 4 if Restricted Delivery is desired.
int your name and address on the reverse
o that we can return the card to you.
ttach this card to the back of the mailpiece,
r on the front if space permits.

rticle Addressed to:

r ENTERPRISES, LLC
> Eddie Tawil
40 9TH AVENUE
New York, New York
10001

A. Signature

X   S. Noel

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   5/30/14

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

Article Number
(Transfer from service label)

7010 3090 0002 1132 5824

102595-02-M-1540

S Form 3811, February 2004        Domestic Return Receipt

**FILED**

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI JUN 0 4 2014

CHANNEL CONTROL MERCHANTS, LLC

~~PLAINTIFF~~ PLAINTIFF

FORREST COUNTY CIRCUIT CLERK

V.

CIVIL ACTION NO. CI14-0099

ET ENTERPRISES, LLC
AND JOHN DOES 1-10

**DEFENDANT**

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:     ET ENTERPRISES, LLC
c/o Mr. Eddie Tawil
450 West 33rd Street #900
New York, New York 10001

NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055, Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg, Mississippi 39401. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 23 day of May , 2014.

CIRCUIT CLERK,
FORREST COUNTY, MISSISSIPPI

BY:     Lou Ellen Adams

DEPUTY CLERK   D.C.

ATTORNEYS FOR PLAINTIFF:

James K. Dukes (MSB# 6216)
Duke Dukes &Wood
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: jdukes@jdukeslaw.com

Seth M. Hunter (MSB# 101145)
Attorney and Counselor at Law, PLLC
Post Office Box 1111
Hattiesburg, Mississippi 39403
Telephone: (601) 450-8080
Facsimile: 1 (888) 761-5281
E-Mail: sethmhunter@gmail.com

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                      **PLAINTIFF**

V.                                            CIVIL ACTION NO. _CI 14-0089_

ET ENTERPRISES, LLC                                               **DEFENDANT**
AND JOHN DOES 1-10

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

> ET ENTERPRISES, LLC
> c/o Mr. Eddie Tawil
> 450 West 33rd Street #900
> New York, New York 10001

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of_____, 20____, at _____, where I found said person(s) in _____ County of the State of _____, at _____.

_____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the _____ day of _____, 20__, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

3

Fee for service: _____

Process server must list below:
Name_____
Address_____
Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.

_____
NOTARY PUBLIC

4

ၪ

STATE OF MISSISSIPPI

COUNTY OF _Forrest_

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named <u>SHANDA SANDERS</u> who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the 4th day of June, 2014.

NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 3417
MARSHA T. BAHM
Commission Expires
April 10, 2016
FORREST COUNTY

4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ET ENTERPRISES, LLC
C/o Eddie Tawil
450 W. 33RD Street
New York, New York.
                    10001

A. Signature

X  S. Noel

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   5 | 30 | 14

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered            ☑ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)

7010 3090 0002 1132 5817

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

THE LAW OFFICE OF

# DUKES, DUKES & WOOD

226 WEST PINE STREET · P. O. BOX 2055
HATTIESBURG, MISSISSIPPI 39403-2055

JAMES K. DUKES
JDukes@JDukesLaw.com

JAMES K. DUKES, JR.
JDukesJr@JDukesLaw.com

R. CHRISTOPHER WOOD
CWood@JDukesLaw.com

TERRY MARTIN
LEGAL ASSISTANT

TELEPHONE
601-544-4121
FAX
601-544-4425

June 4, 2014

Mrs. Lou Ellen Adams
Forrest County Circuit Court Clerk
Post Office Drawer 992
Hattiesburg, MS 39403

      Re:   Channel Control Merchants, LLC v. ET Enterprises, LLC, ET Enterprises
            Distributors, LLC and John Does 1-10; Our File: 6817.01

Dear Mrs. Adams:

Enclosed for filing in the above referenced matter, please find the following:

1. Original Summons with executed Proof of Service to ET Enterprises, LLC, at 440 9th Avenue, New York, New York;

2. Original Summons with executed Proof of Service to ET Enterprises, LLC, at 450 West 33rd Street, #900, New York, New York and;

3. Original Summons with executed Proof of Service to ET Enterprises Distributors, LLC, at 440 9th Avenue, New York, New York.

I enclose copies of each Proof of Service which I kindly request you stamp "filed" and return to my courier.

Should you have questions or need additional information, please feel free to contact me. As always, your professional courtesies are appreciated.

Sincerely,

Shanda Sanders
Paralegal to James K. Dukes

Enclosures

FILED

MAY 2 3 2014

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

FORREST COUNTY CIRCUIT CLERK

CHANNEL CONTROL MERCHANTS, LLC                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. CT14-0099

ET ENTERPRISES, LLC,
ET ENTERPRISES DISTRIBUTORS, LLC,
AND JOHN DOES 1-10                                               DEFENDANTS

## COMPLAINT FOR DECLARATORY JUDGMENT

### *REQUEST FOR SPEEDY HEARING*

COMES NOW, Plaintiff, Channel Control Merchants, LLC, and files this, its Complaint for Declaratory Judgment against Defendants ET Enterprises, LLC, ET Enterprises Distributors, LLC, and John Does 1-10, and in support thereof, and requesting a speedy hearing, states as follows:

### PARTIES

1. Plaintiff Channel Control Merchants, LLC (hereinafter "CCM") is a Mississippi limited liability company licensed to conduct business, and conducting business, in the State of Mississippi, and with its principal office address located in Forrest County, Mississippi.

2. Defendant ET Enterprises, LLC (hereinafter individually "ET Enterprises" and collectively with Defendant ET Enterprises Distributors, LLC as "ET") is a New York limited liability company that conducts business in the State of Mississippi and maintains minimum contacts with the State of Mississippi.  ET Enterprises may be served with process of this Court upon its principal, Mr. Eddie Tawil at 440 9th Avenue, New York, New York 10001, 450 West 33rd Street #900, New York, New York 10001, or 500 5th Avenue 54th Floor, New York, New York 10110.

3. Defendant ET Enterprises Distributors, LLC (hereinafter individually "ET Distributors" and collectively with Defendant ET Enterprises, LLC as "ET") is a New York

limited liability company that conducts business in the State of Mississippi and maintains minimum contacts with the State of Mississippi. ET Distributors may be served with process of this Court upon its principal, Mr. Eddie Tawil at 440 9th Avenue, New York, New York 10001, 450 West 33rd Street #900, New York, New York 10001, or 500 5th Avenue 54th Floor, New York, New York 10110.

4. Defendants ET Enterprises and ET Distributors have represented themselves interchangeably in documents leading up to this litigation. Therefore, out of an abundance of caution, CCM has made both parties to this lawsuit.

5. John Does 1-10 are persons and/or entities who committed acts and/or omissions and/or may have an interest in this action and/or the subject contract. Their identities are not yet known, but when they do become know, they will be properly substituted herein.

<u>JURISDICTION AND VENUE</u>

6. Personal jurisdiction is proper in this matter as it involves chattels, the value of which exceed the jurisdictional minimum of this Court, that are located in the State of Mississippi. Further, personal jurisdiction is proper under Miss Code Ann. § 13-3-57, as this action involves a contract that was entered into in the State of Mississippi, and which was to be performed in this State, and the parties conduct business in, and maintain minimum contacts with, the State of Mississippi. Subject matter jurisdiction is proper in this matter, as it involves an action in contract and regarding chattels located in the State of Mississippi. Venue is proper, as a substantial portion of the events giving rise to this lawsuit have occurred in Forrest County, Mississippi, and the subject contract was entered into in Forrest County, Mississippi.

<u>FACTS</u>

7. On or about January 21, 2014, CCM and ET entered into an agreement in Mississippi whereby CCM would sell to ET certain Neiman Marcus goods procured from Target

2

Corporation (hereinafter "Target"), and ET would pay to CCM the amount of $720,000.00. *See* Exhibit "A," Purchase Order Form.

8. The terms of the agreement indicated that ET would pay to CCM 10% ($72,000.00) of the contract amount upon entering into the contract, 80% ($576,000.00) after satisfactory inspection of the goods, and 10% ($72,000.00) after the shipment of the last goods.

9. A condition precedent of the sale of goods from CCM to ET was that Target approve of the sale. Target approved of the sale.

10. In February, ET, by and through its agents and employees, traveled to Blue Mountain, Tippah County, Mississippi to inspect the goods.

11. To date, ET has tendered 90% ($648,000.00) of the agreed contract amount to CCM. CCM has delivered a portion of the goods to ET, however, much of the goods remain in CCM's warehouse in Blue Mountain, Tippah County, Mississippi.

12. On or about April 9, 2014, Target informed CCM that it no longer wished it to sell the goods, and informed CCM that it would like the goods destroyed. CCM immediately notified ET of the revocation of permission to sell the goods.

13. ET, however, has demanded that CCM continue shipping the goods and particularly goods that ET had marketed to a third party in Spain, and has threatened litigation in order to enforce its rights under the contract, and seek damages from CCM. At this juncture, CCM is caught between the demands of its supplier and the rights of its customer, and is now seeking recourse before the Court.

3

## CAUSES OF ACTION

### DECLARATORY JUDGMENT

14. Pursuant to Miss. R. Civ. P. 57, CCM requests herein a declaratory judgment to determine the rights of the parties as they relate to the subject contract, future performance thereunder, and particularly:

a.   Whether or not CCM is excused, in whole or in part, from shipping any additional goods, and relieved of its contractual obligations, due to revocation of condition precedent;

b.   Whether or not CCM is excused, in whole or in part, from shipping any additional goods, and relieved of its contractual obligations, due to impossibility to continue contractual obligations;

c.   Whether or not CCM is excused, in whole or in part, from shipping any additional goods, and relieved of its contractual obligations, due to frustration of purpose of the contract;

d.   Whether or not CCM is excused, in whole or in part, from shipping any additional goods, and relieved of its contractual obligations, by failure of presupposed conditions, pursuant to Miss. Code Ann. § 75-2-615;

e.   Whether or not CCM is excused, in whole or in part, from shipping any additional goods, and relieved of its contractual obligations, due to acts of God, pursuant to Miss. Code Ann. § 75-2-617;

f.   Whether under any other common law or code section CCM is excused, in whole or in part, from shipping any additional goods, and relieved of its contractual obligations; and

4

g.    If CCM is not totally excused from shipping additional goods and completely relieved of its contractual obligations, to what extent does it owe an obligation to ET to continue shipment of goods.

15. Furthermore, CCM requests the Court order a speedy hearing in this matter, pursuant to Miss. R. Civ. P. 57(a).

WHEREFORE, PREMISES CONSIDERED, Plaintiff CCM respectfully requests the Court hear this matter speedily, and make a determination, as requested hereinabove, as to the rights of CCM and ET with regard to the subject contract, and render a judgment herein as to those areas requested above, as well award as any and all general relief to which the Court deems CCM is entitled.

RESPECTFULLY SUBMITTED, this the 23ʳᵈ day of MAY, 2014.

CHANNEL CONTROL
MERCHANTS, LLC,
PLAINTIFF


BY: _____
James K. Dukes (MSB# 6216)
Duke Dukes & Wood
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: jdukes@jdukeslaw.com

Seth M. Hunter (MSB# 101145)
Attorney and Counselor at Law, PLLC
Post Office Box 1111
Hattiesburg, Mississippi 39403
Telephone: (601) 450-8080
Facsimile: 1 (888) 761-5281
E-Mail: sethmhunter@gmail.com

ATTORNEYS FOR THE PLAINTIFF

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                   **PLAINTIFF**

V.                                           CIVIL ACTION NO. CI14-0099

ET ENTERPRISES, LLC                                             **DEFENDANT**
AND JOHN DOES 1-10

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:     ET ENTERPRISES, LLC
        c/o Mr. Eddie Tawil
        500 5th Avenue 54th Floor
        New York, New York 10110

### NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055,
Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg,
Mississippi 39401. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this Summons and Complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 23 day of May, 2014.

                                CIRCUIT CLERK,
                                FORREST COUNTY, MISSISSIPPI

                        BY:  Loo Ellen Adams
                             DEPUTY CLERK
                             Jay James  D.C.

2

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                              **PLAINTIFF**

V.                                          CIVIL ACTION NO. _CI14-0099_

ET ENTERPRISES, LLC
AND JOHN DOES 1-10                                          **DEFENDANT**

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

      ET ENTERPRISES, LLC
      c/o Mr. Eddie Tawil
      500 5th Avenue 54th Floor
      New York, New York 10110

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE. I personally delivered copies to _____
on the _____ day of_____, 20____, at _____, where I found said person(s)
in _____ County of the State of _____, at
_____.

_____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the ____day of _____, 20___, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____ , 20____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.
_____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

3

Fee for service: _____

Process server must list below:

Name_____

Address_____

Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____

PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.

_____

NOTARY PUBLIC

4

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    **PLAINTIFF**

V.                                          CIVIL ACTION NO. _CI14-0099_

ET ENTERPRISES, LLC                                              **DEFENDANT**
AND JOHN DOES 1-10

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:    ET ENTERPRISES, LLC
       c/o Mr. Eddie Tawil
       440 9th Avenue
       New York, New York 10001

### NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055,
Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg,
Mississippi 39401. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this Summons and Complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 23 day of May, 2014.

CIRCUIT CLERK,
FORREST COUNTY, MISSISSIPPI

BY: _Jo Ellen Adams_
DEPUTY CLERK
_Suzy James_ D.C.

ATTORNEY FOR PLAINTIFF:

James K. Dukes (MSB# 6216)
Duke Dukes &Wood
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: jdukes@jdukeslaw.com

Seth M. Hunter (MSB# 101145)
Attorney and Counselor at Law, PLLC
Post Office Box 1111
Hattiesburg, Mississippi 39403
Telephone: (601) 450-8080
Facsimile: 1 (888) 761-5281
E-Mail: sethmhunter@gmail.com

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    PLAINTIFF

V.                                          CIVIL ACTION NO. _____

ET ENTERPRISES, LLC                                              DEFENDANT
AND JOHN DOES 1-10

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

      ET ENTERPRISES, LLC
      c/o Mr. Eddie Tawil
      440 9th Avenue
      New York, New York 10001

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE. I personally delivered copies to _____
on the _____day of_____, 20____, at _____, where I found said person(s)
in _____ County   of   the   State   of   _____, at
_____.

_____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the ____day of _____, 20__, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____ , 20____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.
_____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: _____

Process server must list below:

Name_____

Address_____

Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____

PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.

_____

NOTARY PUBLIC

4

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    **PLAINTIFF**

CIVIL ACTION NO. ___CT14-0099___

V.

ET ENTERPRISES, LLC                                              **DEFENDANT**
AND JOHN DOES 1-10

## SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:    ET ENTERPRISES, LLC
       c/o Mr. Eddie Tawil
       450 West 33rd Street #900
       New York, New York 10001

### NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055,
Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg,
Mississippi 39401. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this Summons and Complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 23 day of May, 2014.

CIRCUIT CLERK,
FORREST COUNTY, MISSISSIPPI

BY:    _Lou Ellen Adams_
       DEPUTY CLERK
       _Fay James_ D.C.

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    PLAINTIFF

V.                                          CIVIL ACTION NO. _____

ET ENTERPRISES, LLC                                              DEFENDANT
AND JOHN DOES 1-10

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

      ET ENTERPRISES, LLC
      c/o Mr. Eddie Tawil
      450 West 33rd Street #900
      New York, New York 10001

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE. I personally delivered copies to _____
on the _____ day of _____, 20____, at _____, where I found said person(s)
in _____ County of the State of _____, at
_____.

_____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the ____day of _____, 20__, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.
_____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: _____

Process server must list below:
Name_____
Address_____
Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.


_____
NOTARY PUBLIC

4

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    **PLAINTIFF**

V.                                    CIVIL ACTION NO. CI14-0099

ET ENTERPRISES, LLC                                         **DEFENDANT**
AND JOHN DOES 1-10

### SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:   ET ENTERPRISES DISTRIBUTORS, LLC
      c/o Mr. Eddie Tawil
      450 West 33rd Street #900
      New York, New York 10001

### NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055,
Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg,
Mississippi 39401. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this Summons and Complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 23 day of May, 2014.

CIRCUIT CLERK,
FORREST COUNTY, MISSISSIPPI

BY: Lou Ellen Adams
DEPUTY CLERK   Fay James, D.C.

ATTORNEYS FOR PLAINTIFF:

James K. Dukes (MSB# 6216)
Duke Dukes &Wood
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: jdukes@jdukeslaw.com

Seth M. Hunter (MSB# 101145)
Attorney and Counselor at Law, PLLC
Post Office Box 1111
Hattiesburg, Mississippi 39403
Telephone: (601) 450-8080
Facsimile: 1 (888) 761-5281
E-Mail: sethmhunter@gmail.com

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    PLAINTIFF

V.                                              CIVIL ACTION NO. _____

ET ENTERPRISES, LLC                                              DEFENDANT
AND JOHN DOES 1-10

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

> ET ENTERPRISES DISTRIBUTORS, LLC
> c/o Mr. Eddie Tawil
> 450 West 33rd Street #900
> New York, New York 10001

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE. I personally delivered copies to _____, where I found said person(s) on the _____day of_____, 20___, at _____, where I found said person(s) in _____ County of the State of _____, at _____.

_____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the ____day of _____, 20__, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____ , 20___, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

3

Fee for service: _____

Process server must list below:
Name_____
Address_____
Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

                              _____
                                PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.

                              _____
                              NOTARY PUBLIC

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                      **PLAINTIFF**

                                                CIVIL ACTION NO. CI14- 0099

V.

ET ENTERPRISES, LLC                                                **DEFENDANT**
AND JOHN DOES 1-10

## SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:   ET ENTERPRISES DISTRIBUTORS, LLC
      c/o Mr. Eddie Tawil
      440 9th Avenue
      New York, New York 10001

### NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to the Complaint to
Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055,
Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg,
Mississippi 39401.  Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this Summons and Complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

        Issued under my hand and the seal of said Court, this 23 day of May, 2014.

                                        CIRCUIT CLERK,
                                        FORREST COUNTY, MISSISSIPPI

                        BY:   Jo Ellen Adams
                              DEPUTY CLERK  James D.C.

ATTORNEY FOR PLAINTIFF:

James K. Dukes (MSB# 6216)
Duke Dukes &Wood
Post Office Box 2055
Hattiesburg, Mississippi 39403
Telephone: (601) 544-4121
Facsimile: (601) 544-4425
E-Mail: jdukes@jdukeslaw.com

Seth M. Hunter (MSB# 101145)
Attorney and Counselor at Law, PLLC
Post Office Box 1111
Hattiesburg, Mississippi 39403
Telephone: (601) 450-8080
Facsimile: 1 (888) 761-5281
E-Mail: sethmhunter@gmail.com

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    PLAINTIFF

V.                                              CIVIL ACTION NO. _____

ET ENTERPRISES, LLC                                              DEFENDANT
AND JOHN DOES 1-10

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

      ET ENTERPRISES DISTRIBUTORS, LLC
      c/o Mr. Eddie Tawil
      440 9th Avenue
      New York, New York 10001

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE. I personally delivered copies to _____ on the _____day of_____, 20____, at _____, where I found said person(s) in _____ County of the State of _____, at _____.

_____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the _____day of _____, 20___, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____ , 20____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.
_____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

3

Fee for service: _____

Process server must list below:
Name_____
Address_____
Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.

_____
NOTARY PUBLIC

4

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    **PLAINTIFF**

V.                                                   CIVIL ACTION NO. CI14-0099

ET ENTERPRISES, LLC                                              **DEFENDANT**
AND JOHN DOES 1-10

## SUMMONS

THE STATE OF MISSISSIPPI
COUNTY OF FORREST

TO:   ET ENTERPRISES DISTRIBUTORS, LLC
      c/o Mr. Eddie Tawil
      500 5th Avenue 54th Floor
      New York, New York 10110

### NOTICE TO THE DEFENDANT

THE COMPLAINT OR PETITION WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Seth M. Hunter, attorney for the Plaintiff, whose post address is Post Office Box 2055,
Hattiesburg, Mississippi 39403 and street address is 226 West Pine Street, Hattiesburg,
Mississippi 39401. Your response must be mailed or delivered within thirty (30) days from the
date of delivery of this Summons and Complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 23 day of May, 2014.

CIRCUIT CLERK,
FORREST COUNTY, MISSISSIPPI

BY: Lou Ellen Adams
DEPUTY CLERK
Tye James D.C.

2

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

CHANNEL CONTROL MERCHANTS, LLC                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. _____

ET ENTERPRISES, LLC                                              DEFENDANT
AND JOHN DOES 1-10

## PROOF OF SERVICE--SUMMONS

Name of Person or Entity Served:

      ET ENTERPRISES DISTRIBUTORS, LLC
      c/o Mr. Eddie Tawil
      500 5th Avenue 54th Floor
      New York, New York 10110

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____ PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____, 20____, at _____, where I found said person(s) in _____ County of the State of _____, at _____.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the ____ day of _____, 20__, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____ , 20___, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

3

Fee for service: _____

Process server must list below:

Name_____

Address_____

Telephone No._____

STATE OF MISSISSIPPI

COUNTY OF _____

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____

PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME this the ____day of_____, 2014.

_____

NOTARY PUBLIC

THE LAW OFFICE OF

# DUKES, DUKES & WOOD

226 WEST PINE STREET · P. O. BOX 2055
HATTIESBURG, MISSISSIPPI 39403-2055

TERRY MARTIN
LEGAL ASSISTANT

JAMES K. DUKES
JDukes@JDukesLaw.com

TELEPHONE
601-544-4121
FAX
601-544-4425

JAMES K. DUKES, JR.
JDukesJr@JDukesLaw.com

R. CHRISTOPHER WOOD
CWood@JDukesLaw.com

May 23, 2014

Mrs. Lou Ellen Adams
Forrest County Circuit Court Clerk
Post Office Drawer 992
Hattiesburg, MS 39403

Re:   Channel Control Merchants, LLC v. ET Enterprises, LLC, ET Enterprises
Distributors, LLC and John Does 1-10; Our File: 6817.01

Dear Mrs. Adams:

Enclosed please find the following:

1.   Civil Cover Sheet for initial filing in the above referenced matter,
2.   *Complaint for Declaratory Judgment* filed on behalf of Channel Control Merchants,
3.   Our firm check number 13228 in the amount of $160.00, which represents payment
     in full of the fee for filing the Complaint,
4.   Three (3) original Summons' to be issued for service to ET Enterprises, LLC, and;
5.   Three (3) original Summons' to be issued for service to ET Enterprises Distributors,
     LLC.

I enclose a copy of the Complaint which I kindly request you stamp "filed" and return to my courier along with the six (6) original Summons'. I also enclose a copy of each Summons for your file.

Should you have questions or need additional information, please feel free to contact me. As always, your professional courtesies are appreciated.

With kind regards, I remain

Sincerely,

James K. Dukes

JKD:sms
Enclosures

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

Court Identification
Docket Number

County #   Judicial   Court ID
District   (CH, CI, CO)

Month   Date   Year

This area to be completed by clerk

Case Year

Docket Number

Local Docket ID

Case Number if filed prior to 1/1/94

IN THE **CIRCUIT** COURT OF **FORREST** COUNTY

Short Style of Case: Channel Control Merchants, LLC v. ET Enterprises, LLC, ET Enterprises Distributors, LLC and John Does 1-10    MS Bar No. **6216**

Party Filing Initial Pleading: Type/Print Name **JAMES K. DUKES**   Signature _____

_____ Check (✓) if Not an Attorney   Check (✓) if Pro Hac Vice _____   Punitive Damages Sought: $ _____

Compensatory Damages Sought: $ _____   If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment

**Is Child Support contemplated as an issue in this suit?** _____ Yes  ✓ No

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual _____   _____   ( _____ )   _____   _____
               Last Name            First Name         Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

Address of Plaintiff _____

_____ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

_____ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____

Business **CHANNEL CONTROL MERCHANTS, LLC, MISSISSIPPI**
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

_____ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual _____   _____   ( _____ )   _____   _____
               Last Name            First Name         Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

_____ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

_____ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____

Business **ET ENTERPRISES, LLC, ET ENTERPRISES DISTRIBUTORS, LLC, and JOHN DOES 1-10**
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

_____ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: _____   Pro Hac Vice (✓) _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar No. _____ or   Name: _____
(if known)

In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other _____

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other _____

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- ☑ Other  **DECLARATORY JUDGMENT**

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other _____

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other _____

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employment Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other _____

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other _____

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other _____

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other _____

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other _____

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other _____